UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
JOSE A. REYES,          :
          :
        Plaintiff,      :
          :     22-CV-6760 (JMF)
    -v-          :
          :     <u>ORDER</u>
COMMISSIONER OF SOCIAL SECURITY,   :
          :
       Defendant.     :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 11, 2022 Order, ECF No. 6, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  If both parties consent, they were required to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on November 21, 2022.  *See* ECF No. 12.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **December 21, 2022**.

      SO ORDERED.

Dated: December 14, 2022
      New York, New York
                                 JESSE M. FURMAN
                                 United States District Judge