**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSE A. REYES,

                Plaintiff,                        22 **CIVIL** 6760 (OTW)

    -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2024, Plaintiff's Motion for Judgment on the Pleadings is **GRANTED**, the Commissioner's Cross Motion for Judgment on the Pleadings is **DENIED**, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 13, 2024

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                         **BY:**       *K. Mango*

                                                          **Deputy Clerk**